UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ **2nd** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | |
|---|---|---|
| DEBTOR: **Aldo J Sandoval** | JOINT DEBTOR: | CASE NO.: **14-35350** |
| Last Four Digits of SS# **xxx-xx-3114** | Last Four Digits of SS# | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A. $ **392.69** for months **1** to **21** ;
  B. $ **2,205.26** for months **22** to **22** ;
  C. $ **563.98** for months **23** to **60** ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **4,350.00**   TOTAL PAID $ **3,350.00**
  Balance Due $ **1,000.00** payable $ **47.62** /month (Months **1** to **21** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Nationwide Credit, Inc.**   Arrearage on Petition Date  $ **10,560.00**
   Address: **2002 Summit Blvd, Suite 600, Atlanta, GA 30319**   Arrears Payment  $ **144.04** /month (Months **1** to **21** )
   Account No: **xxxxx4892**   Arrears Payment  $ **193.21** /month (Months **22** to **60** )
   Account No: **xxxxx4892**   Regular Payment  $ **180.05** /month (Months **1** to **21**)
   Account No: **xxxxx4892**   Regular Payment  $ **241.52** /month (Months **22** to **60** )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**   Total Due $ _____
  Payable $ _____ /month (Months __ to __ )   Regular Payment $ _____

Unsecured Creditors: Pay $**8.25**/month (Months **1** to **21** ).
  Pay $**1,550.00**/month (Months **22** to **22** )
  Pay $**72.85**/month (Months **23** to **60** )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

  **Special Intentions:**
  **Bonita Villas Condo Association: Debtor will pay claim directly.**
  **City Ntl Bk/Ocwen Loan Service: Debtor will pay claim directly.**
  **American Honda Finance Corp.: Debtor will pay claim directly .**
  **Lakes of The Meadows: debtor will surrender property to the Creditor.**

  **The Debtors will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

LF-31 (rev. 01/08/10)

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Aldo J Sandoval**
**Aldo J Sandoval**
Debtor

Date:   **August 23, 2016**