UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                          Case No. 14-35350-AJC

ALDO J. SANDOVAL                                    Chapter 13

_____Debtor(s)_____/

## MOTION TO DEEM THE MORTGAGE CURRENT

The Debtor, ALDO J. SANDOVAL (hereinafter referred to as "Debtor"), by and through the undersigned counsel, and moves for the entry of an Order deeming the Debtor's mortgage serviced and/or held by NATIONWIDE CREDIT, INC. (hereinafter referred to as "Creditor") current, and for cause states:

1. Debtors filed a Voluntary Petition under Chapter 13 of Title 11, United States Code on November 17, 2014..

2. The Debtor was curing and maintaining a second mortgage with Creditor NATIONWIDE CREDIT, INC.

3. NATIONWIDE CREDIT, INC. did not file a Proof of Claim.

4. The Debtor complied with their Chapter 13 Plan and have completed the Chapter 13 payments.

5. The Trustee disbursed all the required funds to the Creditor, but some of the payments are outstanding as the date of this motion.

6. According to the Debtor's calculations and the undersigned office' calculations, the second mortgage should have been current until November 2019.

7. The Debtor has not received any mortgage statement regarding this second mortgage.

8. The undersigned office has contacted the Creditor for information on the status of the mortgage but has not received any information.

**WHEREFORE**, the Debtor, ALDO J. SANDOVAL, respectfully requests the entry of an Order granting the above Motion, deeming the mortgage current as of November 1, 2019. and any further relief this Honorable Court deems just and proper.

>CORONA LAW FIRM, P.A.
>
>/s/Ricardo Corona
>RICARDO CORONA, ESQ.
>Florida Bar No. 111333
>3899 NW 7th Street,
>Suite 202-B
>Miami, FL 33126
>(305) 547-1234 Phone
>(305) 266-1151 Fax

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing motion was sent via USPS Mail or electronic transmission to every party on the attached Matrix and all others set forth in the NEF dated this 28th day of January 2020.

>/s/Ricardo Corona
>RICARDO CORONA, ESQ.
>Florida Bar No. 111333
>3899 NW 7th Street,
>Suite 202-B
>Miami, FL 33126
>(305) 547-1234 Phone
>(305) 266-1151 Fax

**Credit Mailing Matrix**
**Case No.: 14-35350-AJC**

**Sent Via ECF**
**Office of US Trustee**
51 SW 1st Avenue, Ste 1204
Miami, FL 33130

**Sent Via ECF**
**Nancy Neidich, Trustee**
PO Box 279806
Miramar, FL 33027

**Sent Via US Mail**
**Aldo J. Sandoval**
8901 SW 108th Place
Miami, FL 33176

**Sent Via US Mail**
**Nationwide Credit, Inc.**
1000 Abernathy Rd, Ste 200
Atlanta, FA 30328-5604

**Sent Via US Certified Mail**
**Nationwide Credit, Inc.**
**c/o C T Corporation System – Registered Agent**
1200 South Pine Island Road
Plantation, FL 33324

**Sent Via US Certified Mail**
**Sumit P. Bahadur – President, CEO**
**Nationwide Credit, Inc.**
1150 E. University Drive
Tempe, AZ 85281