# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Case No. 1435350-BKC-AJC

Aldo J. Sandoval  Chapter 13

_____Debtor_____/

U.S. BANKRUPTCY COURT
SO DISTRICT OF FLORIDA-Miami
MAY 26 2020
RECEIVED

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, Aldo Juan Sandoval, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $ 16,954.54, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of Nationwide credit INC. Applicant further states that:

1. (Indicate one of the following items:)

___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the applicable Administrative Office of the US Court's Director's Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk"

Page 1 of 3

LF-27 (rev. 12/01/15)

under whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and an original "power of attorney" conforming to the applicable Administrative Office of the US Court's Director's Form are attached and made a part of this application.**

___ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" **conforming to the applicable Administrative Office of the US Court's Director's Form** from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

___ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" **conforming to the applicable Administrative Office of the US Court's Director's Form** from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

✓ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: 05-20-2020

Nationwide credit INC.
**Name Under Which Funds Were Deposited**

N/A
**Claim Number**

N/A
**Name of Party on Whose Behalf Application Was Filed***

Address: 2002 Summit Blvd #600 Atlanta, GA 30319

**Signature of Applicant**
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# 3714

Tax ID (EIN #) N/A

N/A
Aldo S Sandoval
**Print Name and Title of Applicant**

N/A
**Print Company Name**

8901 SW 108 Pl.
**Print Street Address**

Miami FL. 33176
**Print City and State**

(305) 401-6783
**Telephone (including area code)**

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

State of Florida
County of Miami Dade

Sworn to and Subscribed before me on this 20th day of MAY, 20 20.

**SIGNATURE OF NOTARY PUBLIC**

[ Seal ]

TANIA S. QUINTANA
Notary Public, State of Florida
Commission# GG 266906
My comm. expires Oct.14, 2022

Page 3 of 3

LF-27 (rev. 12/01/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Case No. 14-35350-BKC-AJC
Chapter 13

Aldo Juan Sandoval,
_____Debtor_____/

### AFFIDAVIT OF CLAIMANT

1. I, __Aldo Juan Sandoval__, am (indicate status of claimant)

(✓) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to _____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( ) the duly authorized representative for the claimant "business" _____; or

( ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to _____ a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $ 16,954.54 deposited in this court in the name of __Aldo Juan Sandoval__ and representing claim number ____—____ (if no claim was filed write "scheduled" in blank space).

2. **Claimant History:** Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

Page 1 of 2

LF-28 (rev. 12/01/15)

3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 05/11/2020

_____
signature of claimant or representative of "business" claimant

Aldo Tuan Sandoval
print name

_____
title

3114
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

8901 SW 108 Pl. Miami FL. 33176.
address

(305) 401-6783
Phone number

_____
signature of joint debtor (if applicable)

_____
print name

_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

State of Florida
County of Miami Dade

Sworn to and Subscribed before me on this 11th day of May, 2020.

_____
SIGNATURE OF NOTARY PUBLIC

[Seal] Raymond Torrech
Notary Public
State of Florida
My Commission Expires
January 09, 2021
Commission No. GG 60818

Page 2 of 2

LF-28 (rev. 12/01/15)

CFN: 20200256072 BOOK 31917 PAGE 577
DATE:04/29/2020 03:49:03 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

Recording Requested By:
PHH MORTGAGE CORPORATION

When Recorded Return To:

LIEN RELEASE
PHH MORTGAGE CORPORATION
1 MORTGAGE WAY, MAILSTOP
SV03, MOUNT LAUREL, NJ 08054

## RELEASE OF MORTGAGE

PHH MORTGAGE CORPORATION #0359454892 "SANDOVAL" Lender ID: 11630 MIAMI-DADE, Florida
MIN #: 100155492022150759  SIS #: 1-888-679-6377

KNOW ALL MEN BY THESE PRESENTS that MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR MICHIGAN FIDELITY ACCEPTANCE CORP. DBA FRANKLIN MORTGAGE FUNDING, ITS SUCCESSORS AND ASSIGNS whose address is 1901 E VOORHEES STREET SUITE C, DANVILLE, IL 61834, the present Mortgagee of a certain Mortgage, whose parties, dates and recording information are below, does hereby cancel and discharge said Mortgage.

Original Mortgagor: ALDO J SANDOVAL
Original Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR MICHIGAN FIDELITY ACCEPTANCE CORP. DBA FRANKLIN MORTGAGE FUNDING, ITS SUCCESSORS AND ASSIGNS
Dated: 07/28/2005 Recorded: 09/14/2005 in Book/Reel/Liber: 23774 Page/Folio: 3931 as Instrument No.: 2005R0965543 in the County of MIAMI-DADE State of Florida

Legal Description: Unit No. 8, Building 3, BONITA VILLAS CONDOMINIUM, according to the Declaration of Condominium thereof as recorded in official Records Book 17328, Page 1905, of the Public Records of Miami-Dade County, Florida.

Property Address: 14278 SW 121 PL #8, MIAMI, FL 33186

IN WITNESS WHEREOF, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR MICHIGAN FIDELITY ACCEPTANCE CORP. DBA FRANKLIN MORTGAGE FUNDING, ITS SUCCESSORS AND ASSIGNS by the officers duly authorized, has duly executed the foregoing instrument.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR MICHIGAN FIDELITY ACCEPTANCE CORP. DBA FRANKLIN MORTGAGE FUNDING, ITS SUCCESSORS AND ASSIGNS
On 4/28/2020

By: _____
MARISSA JEVAIS PACK, VICE PRESIDENT

WITNESS: _____
Barbara Martella

STATE OF NEW JERSEY
COUNTY OF BURLINGTON

On 4/28/2020, before me by means of [x] physical presence or [ ] online notarization, TENISHA TORRENCE, a Notary Public in and for Burlington in the State of New Jersey, personally appeared MARISSA JEVAIS PACK, VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR MICHIGAN FIDELITY ACCEPTANCE CORP. DBA FRANKLIN MORTGAGE FUNDING, ITS SUCCESSORS AND ASSIGNS, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/ their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
TENISHA TORRENCE
Notary Expires: 10/29/2023

```
TENISHA TORRENCE
NOTARY PUBLIC OF NEW JERSEY
Commission # 2440004
My Commission Expires 10/29/2023
```

(This area for notarial seal)

Prepared By:
I) Ruchi Madhvani, PHH MORTGAGE CORPORATION 1 MORTGAGE WAY, MAILSTOP SV03, MOUNT LAUREL, NJ 08054

To whom is my concern.

I, Aldo Juan Sandoval, do with licens number 5531-010-65-219-0

I am writing to you to explain that I have made payments during my chapter 13 bankruptcy for the last 5 years to the company Nationwide credit INC. At this moment, they have made a realease which left a margin of $16,954. Therefore I would request that the remaining payments made to Nationwide credit be consigned to me, since I made the payments.

14-35350
AJC

State of Florida County of Miami Dade
Subscribed and sworn before me on 5/22/2020
(Date)
(Notary Signature)

Aldo J. Sandoval

Hamlet Montoya
Notary Public
State of Florida
My Commission Expires 05/25/2021
Commission No. GG 108803

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                          CASE NO.: 14-35350-BKC-AJC
                                                                                PROCEEDING UNDER CHAPTER 13
ALDO J SANDOVAL

DEBTOR_____/

## NOTICE OF DEPOSIT OF FUNDS WITH
## THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$16,954.54** remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtors(s)/creditor(s) and deliver the funds before pressenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

Attached and made a part of this notice, is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which each is entitled.

**WHEREFORE,** your Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

Date: _4-22-20_                                             _____
                                                            NANCY K. NEIDICH, ESQUIRE
                                                            STANDING CHAPTER 13 TRUSTEE
                                                            P.O. BOX 279806
                                                            MIRAMAR, FL 33027-9806

**COPIES FURNISHED TO:**

ALDO J SANDOVAL
8901 SW 108TH PLACE
MIAMI, FL 33176

RICARDO R. CORONA, ESQ.
3899 NW 7 STREET
# 202-B
MIAMI, FL 33126

U.S. TRUSTEE
51 S.W. 1ST AVENUE
MIAMI, FL 33130

NATIONWIDE CREDIT, INC
2002 SUMMIT BLVD #600
ATLANTA, GA 30319

NATIONWIDE CREDIT, INC
2002 SUMMIT BLVD #600
ATLANTA, GA 30319

Nationwide Credit, Inc.
c/o C T Corporation System
1200 South Pine Island Road
Plantation, FL 33324

Nationwide Credit, Inc.
115 E University Drive
Tempe, AZ 85281

NOTICE OF DEPOSIT OF FUNDS<br>CASE NO.: 14-35350-BKC-AJC

ATTACHMENT

NOTICE OF DEPOSIT OF FUNDS WITH THE
UNITED STATES BANKRUPTCY COURT CLERK

<u>ATTACHMENT - LISTING OF CLAIMANT</u>

CASE NO.: 14-35350-BKC-AJC

| Claimant | Amount |
|---|---|
| NATIONWIDE CREDIT, INC<br>2002 SUMMIT BLVD #600<br>ATLANTA, GA 30319 | $7,535.22<br>UNDELIVERABLE/STALE<br>CLAIM REGISTER# 0 |
| NATIONWIDE CREDIT, INC<br>2002 SUMMIT BLVD #600<br>ATLANTA, GA 30319 | $9,419.32<br>UNDELIVERABLE/STALE<br>CLAIM REGISTER# 0 |